UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 1:05-CR-69

v                                            Hon. Paul D. Borman

ANDRE MANJATE,

        Defendant.
_____/


**ORDER OF DETENTION PENDING TRIAL**

        An Order of Detention having entered on February 8, 2006 by the Hon. Ellen S. Carmody, U.S. Magistrate Judge,  in related case 1:06-CR-22, and with defendant concurring;

        IT IS HEREBY ORDERED that the existing Order of Detention be CONTINUED in the captioned case.


Dated:  March 14, 2006             /s/ Hugh W. Brenneman, Jr._____
                                 Hugh W. Brenneman, Jr.
                                 United States Magistrate Judge